ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL V

| LUIS I. DÍAZ CARRASCO, Recurrida, v. BERMÚDEZ, LONGO, DÍAZ- MASSÓ, LLC., Peticionaria. | KLCE202301090 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Caguas. Civil núm.: CG2018CV02729. Sobre: despido injustificado (Ley 80); discrimen por edad (Ley Núm. 100); procedimiento sumario de reclamaciones laborales. |
| --- | --- | --- |

Panel integrado por su presidente, el juez Hernández Sánchez, la jueza Romero García y la jueza Martínez Cordero.

Romero García, jueza ponente.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de octubre de 2023.

El 2 de octubre de 2023, la parte peticionaria, Bermúdez, Longo, Díaz-Massó, LLC, presentó este este recurso discrecional de *certiorari*, con el fin de que revocásemos la *Resolución* emitida y notificada por el Tribunal de Primera Instancia, Sala Superior de Caguas, el 20 de septiembre de 2023[1].

Conforme le ordenásemos, la parte recurrida, señor Luis Díaz Carrasco, presentó su oposición a la expedición del recurso el 11 de octubre de 2023.

Evaluadas los sendos escritos de las partes comparecientes, la resolución objeto de revisión, así como el derecho aplicable, este Tribunal concluye que la parte peticionaria no pudo establecer que el foro primario hubiera incurrido en error alguno, que justifique nuestra intervención en esta etapa de los procedimientos[2].

---

[1] En su fundamentada *Resolución*, el foro primario declaró sin lugar la solicitud de sentencia sumaria presentada por el patrono, aquí peticionario, que pretendía la desestimación de la causa de acción por violación a la Ley Núm. 100 de 30 de junio de 1959, según enmendada, 29 LPRA secs. 146-151, que prohíbe, entre otros, el discrimen por razón de edad.

[2] Apuntamos que este pleito se tramita al amparo del proceso sumario laboral dispuesto en la Ley Núm. 2 de 17 de octubre de 1961, según enmendada, 32 LPRA secs. 3118, *et seq.*

Número identificador

RES2023_____

Así pues, en virtud de lo dispuesto en la Regla 52.1 de las de Procedimiento Civil, 32 LPRA Ap. V[3], y en la Regla 40 del Reglamento de este Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, resolvemos **denegar la expedición del auto de *certiorari*.**

Notifíquese.

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[3] Véase, además, *Medina Nazario v. McNeil Healthcare*, 194 DPR 723, 733 (2016).